02-10-443-CR














 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00443-CV 

 

 


 
 
 In re Richard Lara
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of
mandamus is denied.

 

BILL MEIER

JUSTICE

 

 

PANEL: 
LIVINGSTON, C.J.; MEIER and GABRIEL, JJ.

 

MEIER, J. would request a response.

 

DELIVERED: 
December 16, 2010











          [1]See
Tex. R. App. P. 47.4, 52.8(d).